UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROCKEFELLER PHOTOS, LLC.<br>Plaintiff,<br>v.<br>LEMOORE FOODS, INC.<br>Defendant. | Case No. 1:26-cv-04426-JLT-EPG<br>ORDER FOR PLAINTIFF ROCKEFELLER PHOTOS TO SHOW CAUSE WHY SANCTIONS SHOULD NOT ISSUE FOR FAILURE TO COMPLY WITH COURT ORDER TO ATTEND THE STATUS CONFERENCE, FAILURE TO SERVE DEFENDANT, AND FAILURE TO PROSECUTE<br>(ECF No. 8) |

Plaintiff filed the complaint commencing this action on June 9, 2026, (ECF No. 1) with summons being issued for defendant Lemoore Foods, Inc. on that same day. (ECF No. 3). The Court vacated the previously set mandatory scheduling conference set for September 10, 2026, at 10:30 a.m., as Defendant had yet to be served. (ECF No. 6). Instead, the Court ordered a status conference set in place of the initial scheduling conference, "in order to discuss the current posture of the case, including service of the complaint." (ECF No. 7).

The Court held the status conference as scheduled and counsel for Plaintiff, Lauren M. Hausman, failed to appear. Accordingly, the Court did not hold the status conference. No further status conference has been set at this time.

Accordingly, IT IS ORDERED as follows:

1. Plaintiff shall show cause as to why sanctions should not issue for Plaintiff's counsel failure to attend the conference, Plaintiff's failure to serve Defendant as required by

Federal Rules of Civil Procedure 4(m), and Plaintiff's failure to prosecute.

2. Plaintiff has until September 17, 2026, to file a written response to this order.
3. After reviewing counsel's response, the Court will further consider whether sanctions are appropriate, including dismissal of this action for failure to serve under FRCP 4(m) and failure to prosecute.

IT IS SO ORDERED.

Dated: **September 10, 2026**

/s/ Eric P. Grosjean

UNITED STATES MAGISTRATE JUDGE