UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROCKEFELLER PHOTOS, LLC.<br>Plaintiff,<br>v.<br>LEMOORE FOODS, INC.<br>Defendant. | Case No. 1:26-cv-04426-JLT-EPG<br>ORDER DISCHARGING ORDER TO SHOW CAUSE<br>(ECF No. 9) |

On September 10, 2026, the Court issued an order to show cause, requiring Plaintiff's counsel, Lauren M. Hausman, to show cause as to why sanctions should not issue for failure to comply with a court order to attend a status conference, failure to serve defendant, and failure to prosecute. (ECF No. 9). Counsel Hausman was ordered to file a response no later than September 17, 2026. (*Id.*).

Counsel Hausman filed the response on September 14, 2026. (ECF No. 12). In the response, counsel provides the following:

> …
> Undersigned counsel profusely apologizes to the Court for missing the conference. In removing the original scheduling conference from her calendar, undersigned counsel inadvertently failed to add the status conference to her schedule in its place. Undersigned apologizes to the Court for this oversight—it should not have occurred and will not occur again. In regard to service and prosecution of this case, undersigned counsel provides the following updates to the Court.
>
> On August 10, 2026, Defendant was served with a copy of the Summons and Complaint in this action [D.E. 10]. Defendant's response/answer to the Complaint was due on August 31, 2026. As the docket in this action reveals, Defendant failed to file any Answer or otherwise respond to the Complaint as required by the Court, and therefore a Clerk's

> Default was warranted. As such, Plaintiff has now taken appropriate action and filed a Clerk's Default [D.E. 11]. Undersigned counsel apologizes for not apprising the Court of the status of service and filing a Request for Clerk's Default in a timely manner.
>
> Plaintiff intends to file a Motion for Default Final Judgment. Plaintiff requests that it be given fourteen (14) days from the date of filing this response to file its Motion for Default Final Judgment.
>
> …

(*Id.*) (internal numbering omitted).

Accordingly, IT IS HEREBY ORDERED that the Court's September 10, 2026, order for counsel Hausman to show cause (ECF No. 9) is DISCHARGED.

IT IS SO ORDERED.

Dated: **September 15, 2026**

/s/ Erica P. Grosjean
UNITED STATES MAGISTRATE JUDGE